UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 22-01619-SPG(KESx) | **JS-6** | Date | October 19, 2023 |
|---|---|---|---|---|
| Title | Galicia Ramirez et al v. City of Tustin et al | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS)

    Pursuant to the Order filed in the matter of Emily Garcia et al v. City of Tustin et al, SACV 22-00131-SPG(KESx), consolidating civil cases; SACV 22-00131-SPG(KESx) and SACV 22-01619-SPG(KESx). The Court orders the separate matter of SACV 22-01619-SPG(KESx), Galicia Ramirez et al v. City of Tustin et al, closed.

**IT IS SO ORDERED.**

    :     

Initials of Preparer   pg